appeal. Modified. Gideon J. Tucker, for appellants. Sidney J. Cowen, for respondent.

PER CURIAM. The items for adjusting locks, $35; for hauling machinery, $6; for destruction of severed punch, $3; and for renting three punching machines, $10,—were improperly allowed. The evidence shows that the agreement with respect to the locks was not performed, and the other items were either without support upon the proofs, or not within the scope of the action, which was brought to recover for work, labor, and services. With these exceptions, however, we are not inclined to interfere with the finding of the court below. There was a serious conflict of evidence, which has been determined in favor of the plaintiff, and we cannot say that there was no reasonable basis for its support. The judgment must therefore be modified by deducting therefrom the items above mentioned, aggregating the sum of $54, and as so modified affirmed, without costs. Judgment modified by deducting therefrom the sum of $54, and as so modified affirmed, without costs.

POTTER v. POTTER. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by Mary P. Potter against Daniel C. Potter. No opinion. Motion to dismiss appeal granted, with $10 costs. See 55 N. Y. Supp. 1146.

FROLE et al., Respondents, v. LOWE, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by George Prole and another against George F. Lowe. No opinion. Judgment affirmed, with costs.

PURPURA et al. v. PETERS et al. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by Luigi Purpura and others against William R. Peters and others. No opinion. Motion granted, with $10 costs.

RAUPP, Appellant, v. McLAUGHLIN, Respondent. (Supreme Court, Appellate Division, First Department. January 20, 1899.) Action by Michael Raupp against John McLaughlin. W. Goldsticker, for appellant. J. L. Cadwalader, for respondent. No opinion. Judgment affirmed, with costs.

RAYMOND, Respondent, v. SHOOK, Appellant. (Supreme Court, Appellate Division, First Department. February 10, 1899.) Action by Sarah E. Raymond, as executrix against Sheridan Shook. D. Gerber, for appellant. F. E. Anderson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

RICHARDSON, Respondent, v. TUOHEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1899.) Action by William Richardson against Patrick H. Tuohey, sheriff, etc. No opinion. Judgment and order affirmed, with costs.

RIKER, Respondent, v. HERLYN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 17, 1899.) Ac-

tion by Nathan W. Riker against William T. Herlyn and others. No opinion. Judgment and order affirmed, with costs.

RYDER, Plaintiff, v. BROOKLYN EL. R. CO., Defendant. (Supreme Court, Appellate Division, Second Department. January 31, 1899.) Action by Stephen Ryder against the Brooklyn Elevated Railroad Company. No opinion. Application granted on defendant, within five days, paying the plaintiff $10 costs of this application, and delivering to him a stipulation that he may, at his election, withdraw his application to the court of appeals, without costs. In case of failure to comply with these conditions, application denied.

RYDER, Plaintiff, v. BROOKLYN EL. R. CO., Defendant. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) Action by Stephen Ryder against the Brooklyn Elevated Railroad Company. No opinion. Notice must be given of this application.

ROBINSON, Appellant, v. SUMMERVILLE & C. FERRY CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by William L. Robinson against the Summerville & Charlotte Ferry Company. No opinion. Order reversed, with $10 costs and disbursements. See 53 N. Y. Supp. 1113.

In re ROGERS et al. (two cases). (Supreme Court, Appellate Division, Second Department, January 10, 1899.) In the matter of the accounting of Thomas Rogers and William Cauldwell, as trustees under the last will and testament of Jason Rogers, deceased. No opinion. Motion for reargument, or to modify the previous decision of this court, denied, without costs. See 53 N. Y. Supp. 1113.

In re RUTLEDGE. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) In the matter of the judicial settlement, etc., of Harriet Rutledge as executrix, etc., of Walter Heard, deceased. No opinion. Decree of the surrogate's court affirmed, with costs in favor of Helen M. Collier, and a bill of costs in favor of E. M. Morse, payable out of the estate. Also, order of January 12, 1898, affirmed, with $10 costs and disbursements, payable out of the estate. See 51 N. Y. Supp. 1150.

RU TON v. EVERITT. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by Charles D. Ru Ton against John N. Everitt. No opinion. Motion denied, with $10 costs. See 54 N. Y. Supp. 896.

SAYER, Respondent, v. SCOTT, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1899.) Action by Robert A. Sayer against Lewis B. Scott. No opinion. Judgment and order unanimously affirmed, with costs.

SCHIFFER et al., Appellants, v. LAUTERBACH et al., Respondents. (Supreme Court, Appellate Division, First Department. March 10, 1899.) Action by Herman Schiffer and an-